IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 DEFINED CONTRIBUTION PENSION FUND, and the ARCHITECTURAL METAL TRAINEE SCHOOL FOR LOCAL NO. 63 AND THE IRON LEAGUE OF CHICAGO, INC. | ) ) ) ) ) ) ) ) Case No.: 12 CV 02506 ) ) ) Judge: Shadur ) ) Magistrate Judge: Keys |
| ARCHITECTURAL and ORNAMENTAL IRON WORKERS' UNION LOCAL NO. 63, | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| AMERICAN STEELWORKS, INC., | ) ) ) |
| Defendant. | ) ) |

NO ACCOUNTS DK

'13 AUG 19 RCVD

FILED
AUG 22 2013
Aug 22 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### CITATION NOTICE

| **Judgment Debtors' last known address:** | | **Judgment Creditor/Creditor's Attorney:** | |
|---|---|---|---|
| Name: | **American Steelworks, Inc.** | Name: | Michael J. McGuire |
| Address: | 1985 Anson Drive<br>Melrose Park, Il 60160 | Address: | Two N. LaSalle Street,<br>Suite 1650<br>Chicago, IL 60602 |

*Judgment in the amount of:* $216,431.87 on January 30, 2013, of which $104,316.11 remains unsatisfied.
*Name of person receiving*
*Citation:* BMO Harris Bank
*Citation Date:* August 30, 2013 @ 10:00 a.m.
*Location of Citation:* Gregorio & Associates, Two N. LaSalle Street, Suite 1650, Chicago, IL, 60602

## PROOF OF SERVICE BY MAIL

**Under penalties as provided by law pursuant to 735 ILCS 5/1-109 I certify that the statements set forth herein are true and correct.**

The undersigned non-attorney certifies that I mailed this Proof Service by Mail and enclosed documents to the **Judgment Creditor** and the **Circuit Court** identified on the enclosed, in properly addressed, sealed, and postage paid envelopes by depositing in the U.S. Mail box located at 1200 E. Warrenville Road, 2C, Naperville, IL 60563, on or before 5:00 p.m. on the 21 day of August, 2013.

BMO Harris Bank, N.A.

_Erin Hoffman_
Erin Hoffman
Garnishments Group
BMO Harris Bank N.A.
1200 E. Warrenville Road., 2C| Naperville, IL 60563
(p) 331.281.5738 | (f) 331.281.6240