IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, et.al. | ) ) ) | Case No: 12 CV 2506 |
| | ) ) | Judge: Shadur |
| Plaintiffs, | ) ) | Magistrate Judge: Keys |
| v. | ) ) | |
| AMERICAN STEELWORKS, INC., | ) ) ) | |
| Defendant. | ) | |

### *Turnover Order*

This cause coming to be heard on the Motion of the Architectural Iron Workers' Local No. 63 Welfare Fund, et al., for a Turnover Order against F.H. Paschen, S.N. Nielson & Associates, LLC. due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

F.H. Paschen, S.N. Nielson & Associates, LLC. is ordered to pay $8,693.72 to the Plaintiffs for amounts they owe American Steelworks, Inc. pursuant to the PLA and work performed on the UNO Natchez project by Architectural Iron Workers Local 63.

ENTERED: *April 8, 2014*

_____
Honorable Milton I. Shadur

Gregorio & Associates
Two North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343